Jennifer J. Johnston (State Bar No.: 125737)
2 Richard A. Lazenby (State Bar No.: 202105)
CONDON & FORSYTH LLP
3 1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
4 Telephone: (310) 557-2030
Facsimile: (310) 557-1299
5
Attorneys for Defendant
6 ASIANA AIRLINES

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

0

1 ZHENG CHAN LAU and YONG TAI      ) Case No. C 05 3559 MMC
YANG                              )
2                                  ) STIPULATION FOR PROTECTIVE
Plaintiffs,                        ) ORDER AND [PROPOSED]
3                                  ) ORDER THEREON
vs.                                )
4                                  )
ASIANA AIRLINES and DOES 1-30,    )
5 inclusive                        )
                                   )
5 Defendant.                       )

7

3     Plaintiffs ZHENG CHAN LAU and YONG TAI YANG and defendant

) ASIANA AIRLINES (hereinafter "ASIANA"), through their respective attorneys

) of record herein, stipulate as follows:


: ## Recitals

Whereas, Plaintiffs have requested that ASIANA produce a copy of the

passenger list for ASIANA flight OZ 213 on May 2, 2005 (the "Passenger List");

Whereas, 14 C.F.R. Part 243 prohibits the use or dissemination of passenger

lists and contact information for commercial or marketing purposes and prohibits

the release of passengers lists and contact information to anyone other than the

United States State Department, the National Transportation Safety Board and the

1  United States Department of Transportation.

2  <u>Stipulation</u>

3      Plaintiffs shall not disseminate, transmit or provide access to the Passenger

4  List other than to plaintiffs' attorneys at the Law Offices of Paoli & Geerhart, LLP

5  and the staff employed by the Law Offices of Paoli & Geerhart, LLP;

6      Use of the Passenger List by plaintiffs, plaintiffs' attorneys at the Law

7  Offices of Paoli & Geerhart, LLP, and the staff employed by the Law Offices of

8  Paoli & Geerhart, LLP shall be permitted only for purposes of the litigation in the

9  above-referenced action;

10      Upon a resolution of the above-referenced action either in judgment,

11  dismissal, or settlement, plaintiffs shall immediately destroy the Passenger List and

12  all copies or reproductions of the Passenger List.

13      Upon the destruction of the Passenger List, Charles Geerhart at the Law

14  Offices of Paoli & Geerhart, LLP shall confirm in writing to ASIANA, through its

15  attorneys at Condon & Forsyth, LLP, 1901 Avenue of the Stars, Suite 850, Los

16  Angeles, California 90067-6010, that the Passenger List and all copies or

17  reproductions of the Passenger List have been destroyed.

18

19

20  Dated: December 1⁴, 2005              LAW OFFICES OF PAOLI &

21                                     GEERHART, LLP

22                                     By: _____

23                                      CHARLES GEERHART
                                      Attorneys for Plaintiffs

24                                      ZHENG CHAN LAU AND YONG
                                      TAI YANG

25

26

27

28

STIPULATION FOR PROTECTIVE ORDER

Los Angeles, California 90067-6010
Telephone: (310) 557-2030

Dated: December 5, 2005            CONDON & FORSYTH LLP

By: _____
    FRANK A. SILANE
    JENNIFER J. JOHNSTON
    RICHARD A. LAZENBY
    Attorneys for Defendant
    ASIANA AIRLINES

Good Cause Appearing, IT IS SO ORDERED.

Dated: __December 16, 2005__

MAXINE M. CHESNEY
United States District Judge

-3-

STIPULATION FOR PROTECTIVE ORDER