CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
425 Divisadero Street, Suite 303
San Francisco, CA 94117
(415) 575-9740

Attorneys for Plaintiffs
ZHENG CHAN LAU and YONG TAI YANG

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENG CHAN LAU and YONG TAI YANG<br><br>Plaintiffs,<br><br>vs.<br><br>ASIANA AIRLINES AND DOES 1-30, INCLUSIVE<br><br>Defendant. | Case No. C 05-03559 MMC<br><br>**STIPULATION FOR APPOINTMENT OF GUARDIAN AD LITEM [FRCP 17(c)]** |

Plaintiffs ZHENG CHAN LAU and YONG TAI YANG, who are husband and wife, and Defendant ASIANA AIRLINES ("the Parties") stipulate to an Order pursuant to FRCP 17(c) appointing Yong Tai Yang as Guardian ad Litem of Zheng Chan Lau. This stipulation is based upon Zheng Chan Lau's status as an incompetent person due his poor medical condition and lack of mental faculties and cognition following a stroke. The parties further stipulate that the appointment of Yong

---

*Lau et al v. Asiana Airl.ines et al*
USDC No. C 05-03559 MMC
**STIPULATION FOR APPOINTMENT OF GUARDIAN AD LITEM**

1

Tai Yang as guardian has relation back effect such that she shall be deemed to have been Zheng Chan Lau's legal guardian as of the time of filing the complaint in this action. Nothing in this stipulation shall be deemed an admission that any conduct of Asiana caused Zheng Chan Lau's present medical/mental condition. This stipulation may be signed in counterparts.

IT IS SO STIPULATED.

Dated: January 5, 2006                          PAOLI & GEERHART LLP

By

_____

CHARLES GEERHART

Attorneys for Plaintiffs

ZHENG CHAN LAU and YONG TAI YANG

Dated: January 9, 2006                          CONDON & FORSYTH

By

_____

JENNIFER JOHNSTON

Attorneys for Plaintiffs

*Lau et al v. Asiana Airlines et al*
USDC No. C 05-03559 MMC
**STIPULATION FOR APPOINTMENT
OF GUARDIAN AD LITEM**

2

1 | I consent to my appointment as guardian ad litem for Zheng Chan Lau, who is my husband.

Date: January 6, 2006

X _Yong Tai Yang Lau_
Yong Tai Yang

## ORDER APPOINTING OF GUARDIAN AD LITEM

The Court has reviewed the above Stipulation of the Parties for an Order pursuant to FRCP 17(c) appointing Yong Tai Yang as Guardian ad Litem of Zheng Chan Lau. Good cause appearing, the Court orders Yong Tai Yang appointed the Guardian ad Litem for Zheng Chan Lau, based on the parties' representation of Mr. Lau's status as an incompetent person due his poor medical condition and lack of mental faculties and cognition. Based on the parties' stipulation, this Order shall also have relation back effect such that Yong Tai Yang shall be deemed to have been Zheng Chan Lau's legal guardian as of the time of filing the complaint in this action.

IT IS SO ORDERED.

Date:   January 13, 2006

_[signature]_
Hon. Maxine M. Chesney
U.S. District Court Judge

---

*Lau et al v. Asiana Airlines et al*
USDC No. C 05-03559 MMC
**STIPULATION FOR APPOINTMENT OF GUARDIAN AD LITEM**

3