1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  Richard A. Lazenby (State Bar No.: 202105)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5
   Attorneys for Defendant
6  ASIANA AIRLINES

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ZHENG CHAN LAU and YONG TAI    )   Case No. C 05 3559 MMC
   YANG                           )
12                                )   STIPULATION AND [PROPOSED]
                                  )   ORDER CONTINUING
13       Plaintiffs,              )   DISCOVERY CUT-OFF DATES
                                  )
14    vs.                         )
                                  )
15 ASIANA AIRLINES and DOES 1-30, )
   inclusive                      )
16                                )
         Defendant.                )
17 _____)

18

19       The parties, plaintiffs ZHENG CHAN LAU and YONG TAI YANG and

20 defendant ASIANA AIRLINES, through their respective attorneys of record

21 herein, stipulate as follows:

22

23                              Recitals

24       Whereas, a Case Management Conference in this matter was held on

25 December 2, 2005; and

26       Whereas, the Court, at the Case Management Conference, set a non-expert

27 discovery cut-off date of July 28, 2006, and an expert discovery cut-off date of

28

1  September 29, 2006, and ordered designation of experts by no later than August
2  18, 2006, and designation of rebuttal experts by no later than September 8, 2006;
3  and
4      Whereas, the parties, since the Case Management Conference, have been
5  diligently engaged in discovery but have encountered certain unavoidable delays,
6  primarily in connection with the identification and location of certain non-party
7  witnesses (some of whom are located and will need to be deposed in Korea); and
8      Whereas, the parties participated in a full day mediation at JAMS on June 1,
9  2006, and intend to continue settlement discussions after the completion of the
10 discovery of the non-party witnesses; and
11     Whereas, the parties believe that it would be in the best interests of all
12 concerned to extend the non-expert and expert discovery cut-off dates and the
13 dates for designation of experts set by the Court to enable the parties to obtain
14 necessary and essential facts critical to an evaluation of each side's case; and
15     Whereas, the continuance of the non-expert and expert discovery cut-off
16 dates will not affect the trial or other pretrial dates set by the Court in this matter;
17
18                              Stipulation
19     The parties hereby stipulate and request the Court to order that the non-
20 expert discovery cut-off date be continued to September 1, 2006, and the expert
21 discovery cut-off date be continued to October 20, 2006, and the last day to
22 designate experts and the last day to designate rebuttal experts be continued to
23 September 15, 2006, and September 29, 2006, respectively.
24 //
25 //
26 //
27
28

-2-
STIPULATION AND (PROPOSED) ORDER CONTINUING
DISCOVERY CUT-OFF DATES
C 05 3559MMC

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

IT IS SO STIPULATED.

Dated: June 22, 2006

LAW OFFICES OF PAOLI & GEERHART, LLP

By: _____
CHARLES GEERHART
THOMAS ALAN PAOLI
Attorneys for Plaintiffs
ZHENG CHAN LAU AND YONG TAI YANG

Dated: June 22, 2006

CONDON & FORSYTH LLP

By: _____
FRANK A. SILANE
JENNIFER J. JOHNSTON
RICHARD A. LAZENBY
Attorneys for Defendant
ASIANA AIRLINES

Good Cause Appearing, IT IS SO ORDERED, and all other pretrial deadlines, including the dispositive motion filing deadline of October 13, 2006, remain unchanged.

Dated: June 23, 2006

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATION AND (PROPOSED) ORDER CONTINUING DISCOVERY CUT-OFF DATES
C 05 3559MMC

-3-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030