1  CHARLES GEERHART (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street, Suite 1150
   San Francisco, CA  94103
3  (415) 498-2101

4  Attorneys for Plaintiffs
   ZHENG CHAN LAU and  YONG TAI YANG

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZHENG CHAN LAU and  YONG TAI YANG, | Case No. C 05-03559 MMC |
|---|---|
| Plaintiffs, | STIPULATION FOR ORDER RE ADDITIONAL DISCOVERY : ORDER THEREON |
| vs. | |
| ASIANA AIRLINES AND DOES 1-30, INCLUSIVE | |
| Defendant. | |

   Plaintiffs ZHENG CHAN LAU and  YONG TAI YANG and Defendant ASIANA AIRLINES hereby agree and stipulate to an Order permitting each side to propound the following additional discovery beyond that permitted in the Federal Rules of Civil Procedure:

1.  20 additional interrogatories

---

*Lau et al v. Asiana Airl.ines et al*
USDC No. C 05-03559 MMC
STIPULATION FOR ORDER
RE ADDITIONAL DISCOVERY

1

1  2. 20 additional requests for production of documents

2  The parties represent to the Court that this discovery is reasonable and necessary for the conduct of

3  the present litigation.

4

5  Dated: July 25, 2006                             PAOLI & GEERHART LLP

6                                                  By

7  **I hereby attest that I have on file all holograph signatures for any
8  signatures indicated by a "conformed" signature (/S/) within this
   efiled document.**
9

10                                                 ___/s/_____
11                                                 CHARLES GEERHART
12                                                 Attorneys for Plaintiffs
13                                                 ZHENG CHAN LAU and  YONG TAI YANG

14

15  Dated: July ___, 2006                          CONDON & FORSYTH
16                                                 By

17
18                                                 ___/s/_____
                                                   JENNIFER JOHNSTON
19                                                 Attorneys for Defendant ASIANA AIRLINES
20
21
22
23
24
25
26
27  _____
    *Lau et al v. Asiana Airl.ines et al*
28  USDC No. C 05-03559 MMC
    STIPULATION FOR ORDER
    RE ADDITIONAL DISCOVERY

2

## ORDER PERMITTING ADDITIONAL DISCOVERY

The Court has reviewed the above Stipulation of the Parties for an Order permitting additional discovery. Good cause appearing, the Court orders that the parties may propound the following additional discovery:

1. 20 additional interrogatories
2. 20 additional request for production of documents

IT IS SO ORDERED.

Date:   July 31, 2006

_____
Hon. Maxine M. Chesney
U.S. District Court Judge

---

*Lau et al v. Asiana Airl.ines et al*
USDC No. C 05-03559 MMC
STIPULATION FOR ORDER
RE ADDITIONAL DISCOVERY