Frank A. Silane (State Bar No.: 90940)
Jennifer J. Johnston (State Bar No.: 125737)
Richard A. Lazenby (State Bar No.: 202105)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
ASIANA AIRLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENG CHAN LAU and YONG TAI YANG,<br><br>Plaintiffs,<br><br>vs.<br><br>ASIANA AIRLINES and DOES 1-30, inclusive<br><br>Defendant. | Case No. C 05 3559 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATES |

The parties, plaintiffs ZHENG CHAN LAU and YONG TAI YANG and defendant ASIANA AIRLINES, through their respective attorneys of record, are submitting this stipulation and proposed order to re-schedule the dates relating to the disclosure and depositions of expert witnesses and the filing of dispositive motions. The stipulation does not affect either the pre-trial date or the trial date.

Background

This is a personal injury action by Mr. Zeng Cahn Lau who claims to have been harmed while a passenger aboard an Asiana Airlines flight from San

Francisco, to Seoul, Korea on May 2, 2005. Mr. Lau became ill during the flight and alleges that his condition was aggravated substantially by Asiana's decision not to divert the flight to obtain immediate medical care.

Since the first Case Management Conference, the parties have worked in a cooperative way to complete pre-trial discovery. They also have been, and continue to be, involved in serious settlement discussions which present a reasonable chance that the case can be settled.

The parties have completed one mediation with Judge Coleman Fannin. During that mediation, it became apparent to all, including Judge Fannin, that additional discovery was required on certain factual issues. The parties agreed to address those issues and have done so. Subsequently, and following further telephone conversations with Judge Fannin, settlement discussions resumed and have continued to date. During the last few months, the parties exchanged several demands and counter offers which have narrowed the gap substantially. The parties are now at the point they believe a further mediation has a reasonable chance of resulting in a settlement. They have agreed to reconvene the mediation with Judge Fannin at the earliest possible date.

The parties are in the process of arranging that mediation now. The actual date will depend upon the availability of Judge Fannin and the availability of the Asiana representative who will likely travel to the mediation from London.

Stipulation and Proposed Order

The parties are requesting that the court set the following dates, leaving all other dates unchanged:

1.      Last day to disclose expert witnesses: November 3, 2006;

-2-

STIPULATION AND (PROPOSED) ORDER CONTINUING
DISCOVERY CUT-OFF DATES
C 05 3559MMC

2. Last day to disclose rebuttal expert witnesses: November 20, 2006;

3. Last day to complete depositions of expert witnesses: December 4, 2006.

4. Last day to file dispositive motions: November 30, 2006.

The parties are requesting these adjournments to try to avoid what will be substantial and, perhaps, unnecessary expenditures of time and money associated with the retention and production of expert witnesses and the drafting of motions and oppositions. The rescheduling of these dates will not impact the pre-trial conference date (December 19, 2006) or the trial date (January 8, 2007).

IT IS SO STIPULATED.

Dated: September 25, 2006

LAW OFFICES OF PAOLI & GEERHART, LLP

By: /s/ Charles Geerhart
CHARLES GEERHART
THOMAS ALAN PAOLI
Attorneys for Plaintiffs
ZHENG CHAN LAU AND YONG TAI YANG

Dated: September 25, 2006

CONDON & FORSYTH LLP

By: _____
FRANK A. SILANE
JENNIFER J. JOHNSTON
RICHARD A. LAZENBY
Attorneys for Defendant
ASIANA AIRLINES

-3-
STIPULATION AND (PROPOSED) ORDER CONTINUING
DISCOVERY CUT-OFF DATES
C 05 3559MMC

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

~~Good Cause Appearing, IT IS SO ORDERED.~~

The requested extensions, which include continuing the hearing date for dispositive motions to the last court day before trial, are hereby DENIED, and the status conference is hereby ADVANCED from October 20, 2006 to October 6, 2006. A joint status statement shall be filed no later than October 2, 2006.

Dated: September 27, 2006

_____
MAXINE M. CHESNEY
United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-4-

STIPULATION AND (PROPOSED) ORDER CONTINUING
DISCOVERY CUT-OFF DATES
C 05 3559MMC