IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENG CHAN LAU and YONG TAI YANG<br><br>Plaintiffs,<br><br>vs.<br><br>ASIANA AIRLINES AND DOES 1-30, INCLUSIVE<br><br>Defendant. | Case No. C 05-03559 MMC<br><br>ORDER APPROVING SETTLEMENT AND DISMISSAL OF ACTION<br><br>Date: November 3, 2006<br>Time: 9:00 a.m.<br>Courtroom: 7<br><br>Hon. Maxine M. Chesney |

The Court has reviewed the moving papers, declarations, and exhibits. Good cause appearing, the Court approves the global settlement of this matter and approves the settlement for $450,000 involving an incompetent person, Zheng Chan Lau. The Court makes the following orders:

1. From Zheng Chan Lau's $450,000 settlement, Paoli & Geerhart is authorized to take $180,000 in fees and 1/5 of the costs incurred in this litigation. Paoli & Geerhart is also authorized to satisfy from Mr. Lau's settlement proceeds the Medicare and Medi-Cal liens related to Mr. Lau's treatment.

2. The balance of Mr. Lau's settlement shall be disbursed to Yong Tai Yang as Guardian ad litem for Zheng Chan Lau to hold in trust for Mr. Lau in an interest bearing account. Yong Tai Yang is

authorized to use funds from Mr. Lau's settlement to pay back the loan taken after the incident to pay for Mr. Lau's medical care in Korea and air transport back to the United States in the amounts of $34,869.55 (for Inha University Hospital) and $29,100 (for International SOS), a total of $63,969.55. No additional court order is needed to make payments from this account for payment of medical expenses charged by Seton Hospital.

3. Upon receipt of the settlement funds from Asiana Airlines, plaintiffs are ordered to dismiss this action with prejudice.

4. The trial date and all other dates associated with this case are vacated.

Dated:   October 25, 2006

_____
Hon. Maxine M. Chesney
U.S. District Court Judge

---

*Lau et al v. Asiana Airl.ines et al*
USDC No. C 05-03559 MMC
ORDER  APPROVING SETTLEMENT

2